IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 3:20-CR-61 (CAR) |
| GERRICK LANIER COOPER, : | |
| Defendant. : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Gerrick Lanier Cooper pursuant to Federal Rule of Criminal Procedure 48(a). The Government has indicated that after obtaining an indictment in Case No. 3:20-CR-26(CAR), Defendant Cooper was indicted in this case, 3:20-CR-61(CAR). On May 11, 2022, Defendant Cooper entered a change of plea in Case No. 3:20-CR-26(CAR). As a negotiated term of the plea agreement, the Government agreed to dismiss the indictment in this case.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 37] and hereby **ORDERS** the pending Indictment in Case No. 3:20-CR-61(CAR) against Defendant Gerrick Cooper to be **DISMISSED**.

**SO ORDERED,** this 24th day of May, 2022.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT